[No. 46159-1-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06498-1, Deborah D. Fleck and Brian D. Gain, JJ., entered February 11, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 46307-1-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SHELDON PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02265-8, Ellen J. Fair, J., entered March 24, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46308-0-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY SCOTT BEITO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-00243-0, Deborah D. Fleck, J., entered March 9, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46336-5-I.   Division One.   May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK MARSHALL NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01005-6, Charles S. French, J., entered March 20, 2000. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.